USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/4/2022



MIZRAHI KROUB LLP

P: (212) 595-6200 | F: (212) 595-9700
jcharo@mizrahikroub.com
www.mizrahikroub.com

January 3, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Estevez v. Heartland Fragrance Co., LLC*; Case No. 1:21-cv-09055 (AT)

Dear Judge Torres:

We represent plaintiff Arturo Estevez ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are willing to consent to proceed before a Magistrate Judge and to submit a Case Management Plan and Scheduling Order. *See* Docket Nos. 5, 6. Defendant has not yet been served in this matter. Plaintiff has attempted to serve Defendant without success and has just recently obtained a new address of Defendant. We respectfully request an adjournment of 45 days to allow time for Defendant to be properly served and for Plaintiff to file an affidavit of service with the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Jarrett S. Charo*
JARRET S. CHARO

cc:   All Counsel of Record (via ECF)

GRANTED.  The deadline for the parties to file a joint letter and proposed case management plan is ADJOURNED to **February 18, 2022**.

SO ORDERED.

Dated: January 4, 2022
        New York, New York

ANALISA TORRES
United States District Judge